# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANNEL METHODS PARTNERS, LLC, | |
| Plaintiff, | Civil Action No. 14-05358 (FLW)(LHG) |
| v. | **ORDER** |
| PHARMATECH, INC. | |
| Defendant. | |

**THIS MATTER** having been opened to the Court on September 2, 2014, by Pharmatech, Inc. ("Defendant"), through its counsel Maritza Braswell, Esq., on a Motion to Dismiss, or, in the Alternative, for a More Definite Statement and to Transfer Venue to the District of Colorado; it appearing on September 26, 2014, that Channel Methods Partners ("Plaintiff"), through its counsel Sean Deverin, Esq., filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a); it appearing that Defendant objected to the Voluntary Dismissal without a Court Order; it appearing that Plaintiff intended to refile in a Colorado court; following a conference call with counsel for both parties, with the consent of both parties, and for good cause shown,

**IT IS** on this 16th day of October, 2014,

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Colorado.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.