# EXHIBIT D

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Channel Methods Partners, LLC, a New Jersey limited liability company<br><br>    Plaintiff,<br><br>v.<br><br>Pharmatec, Inc., a Colorado corporation<br><br>    Defendant. | Civil Action No. _____<br><br>**DECLARATION OF SERVICE** |

Martha Beach, of full age, hereby declares under penalty of perjury that:

1. On August 26, 2014, I caused the Notice of Removal to be filed with the United States District Court, District of New Jersey via e-filing by CM/ECF.

2. On August 26, 2014, I caused a copy of the Notice of Removal to be served upon counsel for Plaintiff, via U.S. Mail, overnight delivery, at the following address:

Sean G. Deverin, Esq.
160 White Road, Suite 204
Little Silver, NJ 07739

Respectfully submitted August 26, 2014.

*/s/ Martha Beach*
Martha Beach

{JK00239706.1 }