IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Channel Methods Partners, LLC, a New Jersey limited liability company<br><br>                 Plaintiff,<br><br>v.<br><br>Pharmatec, Inc., a Colorado corporation<br><br>                 Defendant. | Civil Action No. _____<br><br>**PHARMATEC INC.'S RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Pharmatec, Inc., a private (non-governmental) party, hereby states that Pharmatec, Inc. has no parent corporation and there is no publicly held corporation that owns more than 10% of Pharmatec, Inc.'s stock.

Respectfully submitted August 26, 2014.

                                                      Maritza Dominguez Braswell
                                                      NJ Attorney ID: 016222008
                                                      Jones & Keller, P.C.
                                                      1999 Broadway, Suite 3150
                                                      Denver, CO 80202
                                                      mbraswell@joneskeller.com
                                                      (303) 573-1600

                                                      Attorney for Defendant Pharmatech, Inc.

{JK00239706.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2014, a true and correct copy of the foregoing **PHARMATEC, INC.'S RULE 7.1 CORPORATE DISCLOSURE** was served via U.S. Mail, overnight delivery, to the following:

Sean G. Deverin, Esq.
160 White Road, Suite 204
Little Silver, NJ 07739

*Martha Beach*
Martha Beach