# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Channel Methods Partners, LLC,<br>a New Jersey limited liability company<br><br>                              Plaintiff,<br>v.<br><br>Pharmatech, Inc.,<br>a Colorado corporation<br><br>                              Defendant. | Civil Action No. 3:14-CV-05358<br><br>**PHARMATECH, INC.'S<br>NOTICE MOTION TO DISMISS OR<br>IN THE ALTERNATIVE FOR A<br>MORE DEFINITE STATEMENT<br>AND TO TRANSFER VENUE**<br><br>Returnable October 6, 2014 |

To: Sean G. Deverin
160 White Road, Suite 204
Little Silver, NJ 07739

**PLEASE TAKE NOTICE** that on October 6, 2014, or as soon as counsel may thereafter be heard, the undersigned attorney for Defendant for Pharmatech, Inc. ("Pharmatech") shall move before the United States District Court for the District of New Jersey, before the Honorable Freda L. Wolfson, U.S. District Judge, Clarkson S. Fisher Bldg. & U.S. Courthouse, 402 East State Street, Room 5E, Trenton, New Jersey 08608, for an Order Dismissing Complaint, or in the Alternative for a More Definite Statement and to Transfer Venue pursuant to F.R.C.P. 12(b)(2), F.R.C.P. 12(b)(6), F.R.C.P. 12(e), and 28 U.S.C. § 1404(a); and

**PLEASE TAKE FURTHER NOTICE,** that in support of its Motion, Pharmatech relies on the accompanying Brief in Support of Motion to Dismiss Complaint, or in the Alternative for a More Definite Statement and to Transfer Venue; and

{JK00239706.1 }

-2-

**PLEASE TAKE FURTHER NOTICE**, that a proposed form of Order granting the relief requested by Pharmatech is submitted herewith.

Respectfully submitted September 2, 2014.

/s Maritza Dominguez Braswell
Maritza Dominguez Braswell
NJ Attorney ID: 016222008
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
mbraswell@joneskeller.com

Attorney for Defendant Pharmatech, Inc.

{JK00239706.1 }