# EXHIBIT B

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Channel Methods Partners, LLC,<br>a New Jersey limited liability company<br><br>             Plaintiff,<br><br>v.<br><br>Pharmatech, Inc.,<br>a Colorado corporation<br><br>             Defendant. | Civil Action No. 3:14-CV-05358<br><br>**DECLARATION OF MARITZA DOMINGUEZ BRASWELL** |

Maritza Dominguez Braswell, of full age, hereby declares under penalty of perjury that:

1. I am an attorney at law of the State of New Jersey and a member of the law firm Jones & Keller, PC, counsel to Defendant Pharmatech, Inc. ("Pharmatech" or "Defendant").

2. I am involved in the defense of this matter and am fully familiar with its facts and procedural history. I submit this declaration in support of Pharmatech's Brief in Support of Motion to Dismiss or in the Alternative for a More Definite Statement and to Transfer Venue.

3. Filed contemporaneously with the Brief in Support of Motion, as **Exhibit C,** is a true and accurate copy of the Contract at issue in the above-captioned litigation.

4. Pharmatech respectfully requests that the Court grant its Motion in its entirety as argued more fully in the Brief in Support of the Motion filed contemporaneously herewith.

I hereby declare that the foregoing statements made by me are true, upon the best of my information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Further Declarant sayeth naught.

Dated: September 2, 2014.

/s Maritza Dominguez Braswell
Maritza Dominguez Braswell
NJ Attorney ID: 016222008
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
mbraswell@joneskeller.com
(303) 573-1600
Attorney for Defendant Pharmatech, Inc.