# EXHIBIT E

# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Channel Methods Partners, LLC,
a New Jersey limited liability company

                              Plaintiff,

v.

Pharmatec, Inc.,
a Colorado corporation

                              Defendant.

Civil Action No. 3:14-cv-05358

**DECLARATION OF SERVICE**

Martha Beach, of full age, hereby declares under penalty of perjury that:

1. On September 2, 2014, I caused the Motion to Dismiss or in the Alternative for a More Definite Statement and to Transfer Venue to be filed with the United States District Court, District of New Jersey via e-filing by CM/ECF.

2. On September 2, 2014, I caused a copy of the Motion to Dismiss or in the Alternative for a More Definite Statement and to Transfer Venue to be served upon counsel for Plaintiff, via U.S. Mail, overnight delivery, post-marked September 3, 2014, at the following address:

       Sean G. Deverin, Esq.
       160 White Road, Suite 204
       Little Silver, NJ 07739

Respectfully submitted September 2, 2014.

                          /s  Martha Beach
                          Martha Beach

{JK00239706.1 }