# EXHIBIT F

# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Channel Methods Partners, LLC,
a New Jersey limited liability company

                Plaintiff,

v.

Pharmatech, Inc.,
a Colorado corporation

                Defendant.

Civil Action No. 3:14-CV-05358

**PROPOSED ORDER**

    This matter having been brought before the Court on Pharmatech, Inc.'s Motion to Dismiss, or in the Alternative, for a More Definite Statement and to Transfer Venue ("Motion"), and the Court having considered the matter and good cause appearing, the Court hereby orders that said motion is GRANTED;

- ☐     IT IS SO ORDERED that the Complaint is dismissed for lack of jurisdiction.

- ☐     IT IS SO ORDERED that Count Two is dismissed as duplicative and failure to state a claim.

- ☐     IT IS SO ORDERED that Count Three is dismissed pursuant to the economic loss rule and a failure to state a claim.

☐      IT IS SO ORDERED that Count Four is dismissed pursuant to the economic loss rule and a failure to state a claim.

☐      IT IS SO ORDERED that Count Five is dismissed as duplicative and failure to state a claim.

☐      IT IS SO ORDERED that Count Six is dismissed as duplicative and failure to state a claim.

☐      IT IS SO ORDERED that Plaintiff's request for damages in excess of fees paid in connection with the Contract is stricken.

☐      IT IS SO ORDERED that the Plaintiff shall submit a more definite statement with respect to Count Four.

☐      IT IS SO ORDERED that venue is transferred to the United States District Court for the District of Colorado.

☐      IT IS SO ORDERED that Defendant shall be awarded its reasonable attorney fees incurred in the defense of the Complaint.

Dated this ___ day of _____, 2014.

_____
Hon. Freda L. Wolfson