THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------x
Channel Method Partners, LLC, a             :     Civil Action
New Jersey limited liability company,       :     No#3:14-CV-05358 FLW-LHG

        Plaintiff,                         :

    v.                                          :

Pharmatech, Inc., a Colorado                :
Corporation,                                      **Notice of Voluntary Dismissal**
        Defendant.                    :     **of Complaint**

---------------------------------------------x

To:    Clerk of the District Court (Civil)
       District of New Jersey
       402 E. State Street
       Trenton, N.J. 08608

       Jones & Keller, P.C.
       1999Broadway, Suite 3150
       Denver, Co. 80202
       Attn: Maritza Dominquez Braswell, Esq.

**PLEASE TAKE NOTICE** that Plaintiff, Channel Methods Partners, LLC being hereby voluntarily withdraws the complaint filed in above entitled action, without prejudice, pursuant to Rule 41(a).

Date: September 25, 2014                Respectfully submitted,

                                                   Sean G. Deverin, Esq.
                                                   NJ Attorney No.#033161985
                                                   160 White Road – Suite 204
                                                   Little Silver, New Jersey 07739
                                                   Ph .No.# 732 219-1919
                                                   Telefax No.# 732 530-5147
                                                   Deverin75@aol.com

                                                   **Attorney for Plaintiff,**
                                                   **Channel Methods Partners, LLC**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------x
Channel Method Partners, LLC, a             :       Civil Action
New Jersey limited liability company,    :       No#3:14-CV-05358 FLW-LHG

              Plaintiff,                :

            v.                                      :

Pharmatech, Inc., a Colorado            :
Corporation,
             Defendant.              :

---------------------------------------------------x

### CERTIFICATE OF SERVICE

I, hereby certify that on September 25, 2014, a true copy of the Notice of Voluntary Dismissal was served via overnight courier delivery to :

   Jones & Keller, P.C.
   1999Broadway, Suite 3150
   Denver, Co. 80202
   Attn: Maritza Dominquez Braswell, Esq.

Date: September 25, 2014               Respectfully submitted,

                                          Sean G. Deverin, Esq.
                                          NJ Attorney No.#033161985
                                          160 White Road – Suite 204
                                          Little Silver, New Jersey 07739
                                          Ph .No.# 732 219-1919
                                          Telefax No.# 732 530-5147
                                          Deverin75@aol.com

                                          **Attorney for Plaintiff,**
                                          **Channel Methods Partners, LLC**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------x
Channel Method Partners, LLC, a :         Civil Action
New Jersey limited liability company, :     No#3:14-CV-05358 FLW-LHG

        Plaintiff, :

   v. :

Pharmatech, Inc., a Colorado :
Corporation,
        Defendant. :       **ORDER**

---------------------------------------------------x

**THIS MATTER**, having been brought before this court upon the filing of a Notice of Voluntary Dismissal by Plaintiff, Channel Methods Partners, LLC, in accordance with the provisions of Rule 41(a) of the Rules of Federal Civil Procedure and in filing being in compliance with Rule 41(a), and for good cause having been shown;

It is on this _____ day of September, 2014;

**ORDERED**, that the Complaint filed in the above entitled action is hereby voluntarily dismissed by Plaintiff, Channel Methods partners, LLC, without prejudice and without costs being awarded to any party.

                                                _____
                                            **Hon. Freda L. Wolfson,    U.S.D.C.J.**