RECEIVED

SEP 26 2014

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**Law Office of**
**SEAN G. DEVERIN**
*116 Oceanport Avenue*
*Little Silver, New Jersey 07739*

**Bar Affiliations:**
New Jersey
New York

*Tel: 732-219-1919*
*Fax: 732-530-5147*

September 25, 2014

Clerk of the Court (Civil Part)
United States Federal Courthouse
402 E. State Street
Trenton, New Jersey 08608

Via FedEx Courier

RE: Channel Methods Partners, LLC v. Pharmatech, Inc.
     Case No.# 3:14-CV-05358 FLW-LHG

Dear Sir\ Madam:

Enclosed for filing are an original and one copy of:

(XXX) Notice of Voluntary Dismissal of Complaint
(XXX) Proposed form of Order
(XXX) Certification of Mailing/Service

I have also enclosed a self addressed stamped envelope for return copy the "filed" Order.

If you have any questions in this regard, please contact me immediately.

Very truly yours,

SEAN G. DEVERIN

SGD/lp

CC:    Client

       Jones & Keller, P.C.
       1999 Broadway, Suite 3150
       Denver, Co. 80202
       Attn: Maritza Dominquez Braswell, Esq.