THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------x
Channel Method Partners, LLC, a                  :   Civil Action
New Jersey limited liability company,            :   No#3:14-CV-05358 FLW-LHG

              Plaintiff,                            :

        v.                                            :

Pharmatech, Inc., a Colorado                     :
Corporation,
              Defendant.                          :   **ORDER**

---------------------------------------------------x

**THIS MATTER**, having been brought before this court upon the filing of a Notice of Voluntary Dismissal by Plaintiff, Channel Methods Partners, LLC, in accordance with the provisions of Rule 41(a) of the Rules of Federal Civil Procedure and in filing being in compliance with Rule 41(a), and for good cause having been shown;

It is on this _____ day of September, 2014;

**ORDERED**, that the Complaint filed in the above entitled action is hereby voluntarily dismissed by Plaintiff, Channel Methods partners, LLC, without prejudice and without costs being awarded to any party.

                                                      _____
                                                    **Hon. Freda L. Wolfson,           U.S.D.C.J.**