CLOSED

## U.S. District Court
### District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:14-cv-05358-FLW-LHG

| | |
|---|---|
| CHANNEL METHODS PARTNERS, LLC v. PHARMATECH, INC. | Date Filed: 08/26/2014 |
| Assigned to: Judge Freda L. Wolfson | Date Terminated: 10/16/2014 |
| Referred to: Magistrate Judge Lois H. Goodman | Jury Demand: Plaintiff |
| Case in other court: SUPERIOR COURT OF NEW JERSEY, MONMOUTH COUNTY, MON L 2857 14 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |
| Cause: 28:1441 Notice of Removal- Breach of Contract | |

**Plaintiff**

**CHANNEL METHODS PARTNERS, LLC**
*a New Jersey limited liability company*

represented by **SEAN G. DEVERIN**
JAHOS, BROEGE & SHAHEEN, ESQS.
116 OCEANPORT AVENUE
PO BOX 248
LITTLE SILVER, NJ 07739
(732) 747-4419
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PHARMATECH, INC.**
*a Colorado Corporation*

represented by **MARITZA BRASWELL**
Jones & Keller PC
1999 Broadway, Suite 3150
Denver, CO 80202
303-573-1600
Email: mbraswell@joneskeller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2014 | 1 | NOTICE OF REMOVAL by PHARMATECH, INC. from SUPERIOR COURT OF NEW JERSEY, MONMOUTH COUNTY, case number MON L 2857 14. ( Filing and Admin fee $ 400 receipt number 5894258), filed by PHARMATECH, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(eaj) (Entered: 08/27/2014) |
| 08/26/2014 | 2 | Corporate Disclosure Statement by PHARMATECH, INC. identifying NONE as Corporate Parent.. (eaj) (Entered: 08/27/2014) |

| 09/02/2014 | 3 | MOTION to Dismiss *or in the Alternative for a More Definite Statement and to Transfer Venue* by PHARMATECH, INC.. Responses due by 9/22/2014 (Attachments: # 1 Brief Ex A - Brief in Support, # 2 Declaration Ex B - Declaration of Maritza Dominguez Braswell, # 3 Exhibit Ex C - Contract, # 4 Declaration Ex D - Declaration of Robert Bohacs, # 5 Certificate of Service Ex E - Certificate of Service, # 6 Text of Proposed Order Ex F - Proposed Order) (BRASWELL, MARITZA) (Entered: 09/02/2014) |
|---|---|---|
| 09/03/2014 | | Set Deadlines as to 3 MOTION to Dismiss *or in the Alternative for a More Definite Statement and to Transfer Venue*. Motion set for 10/6/2014 before Judge Freda L. Wolfson. The motion will be decided on the papers. No appearances required unless notified by the court. (eaj) (Entered: 09/03/2014) |
| 09/26/2014 | 4 | NOTICE of Voluntary Dismissal by CHANNEL METHODS PARTNERS, LLC (Attachments: # 1 Cover Letter, # 2 Text of Proposed Order)(eaj) (Entered: 09/26/2014) |
| 10/03/2014 | 5 | Letter from Pharmatech, Inc. in Opposition re 4 Notice of Voluntary Dismissal. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(BRASWELL, MARITZA) (Entered: 10/03/2014) |
| 10/16/2014 | 6 | ORDER granting 3 Motion to Dismiss to the United States District Court for the District of Colorado***CIVIL CASE TERMINATED. Signed by Judge Freda L. Wolfson on 10/16/2014. (eaj) (Entered: 10/16/2014) |
| 10/16/2014 | | Case electronically transferred to the United States District Court for the District of Colorado. (dm) (Entered: 10/16/2014) |
| 10/16/2014 | | Text Minute Entry for proceedings held before Judge Freda L. Wolfson: Telephone Conference held on 10/16/2014. (jg, ) (Entered: 10/17/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/17/2014 10:14:50 | | | |
| PACER Login: | uc1567:4269132:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:14-cv-05358-FLW-LHG Start date: 1/1/1970 End date: 10/17/2014 |
| Billable Pages: | 2 | Cost: | 0.20 |