UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-02830-RPM

CHANNEL METHODS PARTNERS, LLC, a New Jersey limited liability company,

Plaintiff

v.

PHARMATECH, INC., a Colorado corporation,

Defendant.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

Daniel A. Wartell and Aaron D. Goldhamer of Jones & Keller, P.C., enter their appearance on behalf of Defendant Pharmatech, Inc.

Respectfully submitted November 3, 2014.

*s/ Daniel A. Wartell*
Daniel A. Wartell, #34902
Aaron D. Goldhamer, #41016
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, Colorado  80202
Telephone: (303) 573.1600
Fax: (303) 573.8133
Email: dwartell@joneskeller.com
agoldhamer@joneskeller.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed electronically via ICCES and served upon the following:

Sean G. Deverin
160 White Road, Suite 204
Little Silver, NJ 07739
*Attorneys for Plaintiff*

Channel Methods Partners, LLC
1913 R-5 Atlantic Avenue
Manasquan, New Jersey 08736

              *s/ Nicole N. Chapman*
              Nicole N. Chapman

*In accordance with C.R.C.P. 121 § 1-29(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request*