IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02830-RM-CBS | Date: December 19, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                    *Counsel:*

CHANNEL METHODS PARTNERS, LLC,

Plaintiff,

v.

PHARAMATECH, INC.,                              Aaron Goldhamer

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 01:29 p.m.**
Court calls case.  Appearances of counsel.

Sean Deverin and David Hershfeld are present on the phone.  Mr. Deverin was counsel for this case when it was in New Jersey.  David Hershfeld is one of the owners of Channel Methods Partners, LLC.  Mr. Deverin is not a member of the Colorado federal bar and is unable to try the case in this Court.  Mr. Deverin has been in contact with a few Colorado based attorneys.

**ORDERED:**    If Channel Methods Partners, LLC does not find a lawyer that is licensed to practice in the United States District Court for the District of Colorado, and if that lawyer does not enter an appearance on behalf of Channel Methods Partners, LLC by **5:00 p.m. on December 24, 2014**, Magistrate Judge Shaffer will direct his staff to RECOMMEND this case be dismissed.

If the Plaintiff is able to get counsel to enter an appearance, Magistrate Judge Shaffer will recommend that MOTION [10] to Dismiss for Failure to Prosecute be denied.  Mr. Goldhamer addresses a pending Motion to Dismiss filed in New Jersey that has not been responded to.  If the Plaintiff is able to get counsel to enter an appearance, Magistrate Judge Shaffer's staff will set a briefing schedule for that motion.

Hearing concluded.
**Court in recess: 01:36 p.m.**        Total time in court:     00:07
To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.