**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action 14-cv-002830-RM-CBS

CHANNEL METHODS PARTNERS, LLC,

Plaintiff,

v.

PHARMATECH, INC.,

Defendant.

---

**ENTRY OF APPEARANCE**

---

David S. Chipman, of Chipman Glasser, LLC, hereby enters his appearance on behalf of Plaintiff, Channel Methods Partners, LLC, and requests the he be served with copies of all notices, pleadings and orders in this case.

Dated this 22nd day of December, 2014

CHIPMAN GLASSER, LLC

*By:* ______________________________

David S. Chipman, #25784
Chipman Glasser, LLC
2000 S. Colorado Blvd.,
Tower One, Suite 7500
Denver, Colorado 80222
Telephone: (303) 578-5781
Email: dchipman@chipmanglasser.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2014, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served electronically, addressed to:

Aaron Goldhamer
Daniel Wartell
Jones & Keller, PC
1999 Broadway, Suite 3150
Denver, CO 80202
agoldhamer@joneskeller.com
dwartell@joneskeller.com

Michael Keyes

4832-3121-7185, v. 1