IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02830-RM-CBS

CHANNEL METHODS PARTNERS, LLC, a New Jersey limited liability company,

    Plaintiff,

v.

PHARMATECH, INC., a Colorado corporation,

    Defendant.

---

### CHANNEL METHODS PARTNERS, LLC'S RULE 7.1 CORPORATE DISCLOSURE

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff Channel Methods Partners, LLC, a private (non-governmental) party, hereby states that Channel Methods Partners, LLC has no parent corporation and there is no publicly held corporation that owns more than 10% of Channel Methods Partners, LLC's stock.

DATED this 6th day of February, 2015.

CHIPMAN GLASSER, LLC

_____
David S. Chipman, #25784
Reid J. Allred, #37934

COUNSEL FOR CHANNEL METHODS PARTNERS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2015, a copy of the foregoing **CHANNEL METHODS PARTNERS, LLC'S RULE 7.1 CORPORATE DISCLOSURES** was filed via ICCES and served on the following via First Class Mail:

Aaron David Goldhammer
Daniel Adam Wartell
Jones & Keller, PC-Denver
1999 Broadway, Suite 3150
Denver, Colorado 80202

_____
Michael Keyes

4810-4229-5585, v. 1