IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02830-RM-CBS | Date: February 13, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

CHANNEL METHODS PARTNERS, LLC,                          David Chipman

Plaintiff,

v.

PHARMATECH, INC.,                                       Aaron Goldhamer
                                                        Daniel Wartell
Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:59 a.m.**
Court calls case. Appearances of counsel.

Defendant voluntarily withdraws Motion to Dismiss for Failure to Prosecute [10].

Parties discuss jurisdictional issues in this case.

**ORDERED:** Stipulated dismissal papers are due by close of business Friday, February 20, 2015.

Hearing concluded.

**Court in recess: 10:21 a.m.**
Total time in court:     00:22

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.