IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02830-RM-CBS

CHANNEL METHODS PARTNERS, LLC, a New Jersey limited liability company,

    Plaintiff,

    v.

PHARMATECH, INC., a Colorado corporation,

    Defendant.

---

**STIPULATION FOR DISMISSAL UNDER FEDERAL RULE CIVIL PROCEDURE 41(a)(1)(A)(ii)**

---

Plaintiff Channel Methods Partners, LLC and Defendant Pharmatech, Inc., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action without prejudice, each side to pay its own attorneys' fees and costs.  Should either party file an action based on the matters set forth in the Complaint, such action shall only be filed in Colorado state court and within three weeks after the date of this dismissal.

DATED this 20th day of February, 2015.

| | |
|---|---|
| _s/ David S. Chipman_ | _s/ Aaron D. Goldhamer_ |
| David S. Chipman | Aaron D. Goldhamer |
| Chipman Glasser, LLC | Daniel A. Wartell |
| 2000 S. Colorado Blvd. | Jones & Keller, PC |
| Tower One, Suite 7500 | 1999 Broadway, Suite 3150 |
| Denver, Colorado 80222 | Denver, Colorado 80202 |
| (303) 578-5780 | (303) 573-1600 |
| dchipman@chipmanglasser.com | agoldhamer@joneskeller.com |
| | dwartell@joneskeller.com |
| Attorney for Plaintiff | Attorneys for Defendant |